# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8729 SB (MRWx) | Date | August 31, 2022 |
|---|---|---|---|
| Title | Pinkerton Tobacco v. Kretek Int'l | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**   ORDER RE: DISCOVERY VIDEO CONFERENCE

  1. Defendants have requested an informal video conference with Judge Wilner to discuss another festering discovery dispute in this civil action. According to a joint e-mail, the dispute apparently involves expert discovery of measures taken to maintain trade secrets at issue in the litigation.

  2. The defense asserts that they want "preliminary guidance" from the Court to "quickly resolve this discrete dispute without the need for extensive briefing." Plaintiff disagrees. Swedish Match expressly does not want an informal conference, and suggests that the defense "should follow normal motion practice" on the issue.

  3. Hmmm. At this stage of the proceedings, the parties should be all too familiar with my M.O. As I've long posted on the Court's website, I generally find such calls "not useful in dealing" with complex or heavy discovery issues. (Judge Wilner's posted procedures) (carefully curated emphasis in original). For this reason, I tell parties in advance that I'm "**unlikely to order relief** during an informal video discussion in the absence of a fully-briefed motion." (same, including the bold bit).

  4. But, knowing all of this, the defense still wants to sit down and chew over an issue of expert discovery. OK, let's do it. Judge Wilner will hold a video conference with the parties on Wednesday, September 7, at 2 p.m. PT.

  5. And, to heighten the stakes, if the Court subsequently awards fees to either party following a discovery motion under Rule 37(a)(5), be advised that I'll entertain a fee bill that includes time spent preparing for and attending the preliminary conference – not just for drafting and responding to a later motion.