JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKERTON TOBACCO CO., L.P., SWEDISH MATCH NORTH AMERICA LLC, and NYZ AB,<br><br>Plaintiffs,<br><br>v.<br><br>KRETEK INTERNATIONAL, INC., and DRYFT SCIENCES, LLC,<br><br>Defendant.<br><br>SWEDISH MATCH NORTH AMERICA LLC, PINKERTON TOBACCO CO., LP, NYZ AB, and HELIX INNOVATIONS GMBH,<br><br>Plaintiffs and Counterclaim Defendants,<br>v.<br><br>MODORAL BRANDS, INC.<br><br>Defendant and Counterclaim Plaintiff. | Case No.: 2:20-cv-08729-SB-MRW<br>Case No.: 2:21-cv-05013-SB-MRW<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>The Hon. Stanley Blumenfeld, Jr. |

1

Having reviewed the parties' Joint Stipulations for Dismissal with Prejudice, and good cause appearing therefor, the Court ORDERS that consolidated Case No. 2:20-cv-8729-SB-MRW and Case No. 2:21-cv-5013-SB-MRW are dismissed with prejudice in their entirety, with each party to bear their own costs, expenses, and attorneys' fees, subject to and without waiver of the rights of Modoral Brands Inc. on the one hand, and Kretek International, Inc. and Dryft Sciences, LLC on the other hand, under the September 15, 2020 Asset Purchase Agreement between them.

**IT IS SO ORDERED.**

Dated: **February 9, 2023**  _____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE